UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
DOUGLAS ALONZO MOSLEY,              :
                                    :    Civil Action No. 14-1384(NLH)
            Petitioner,             :
                                    :
        v.                          :    **ORDER**
                                    :
J. HOLLINGSWORTH, Warden,            :
                                    :
            Respondent.             :
_____ :

For the reasons expressed in the Opinion filed herewith,

IT IS, on this __20th__ day of __March__, 2014,

ORDERED that the Clerk of the Court shall administratively terminate this action; and it is further

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form "Affidavit of Poverty and Certification (Habeas Corpus) (DNJ-Pro Se-007-B) (Rev. 09/09)," to be used in any future application to proceed in forma pauperis; and it is further

ORDERED that if Petitioner wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

> Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101,

within 30 days after the date of entry of this Order; Petitioner's writing shall include either (1) a complete in

forma pauperis application, including an affidavit of indigence and six-month institutional account statement, certified by the appropriate official of each institution at which Petitioner is or was confined during the previous six months, or (2) the $5 filing fee; and it is further

    ORDERED that, to the extent Petitioner asserts that prison officials have refused to provide the certified account statement, any such assertion must be supported by an affidavit detailing the circumstances of Petitioner's request for a certified account statement and the prison officials' refusal to comply, including the dates of such events and the names of the individuals involved; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter and shall serve a copy of this Order upon Petitioner by regular U.S. mail.


At Camden, New Jersey                    s/Noel L. Hillman
                                                      Noel L. Hillman
                                                      United States District Judge